UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILARIO CASTILLO, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>PENTAGON FEDERAL CREDIT UNION d/b/a PENFED CREDIT UNION, and JOHN DOES 1-25,<br><br>Defendant(s). | Civil Case No.: 7:22-CV-05654 (VB)<br><br>**<u>CIVIL ACTION</u>**<br><br>**NOTICE OF SETTLEMENT** |

Please be advised that the above-captioned matters have been settled and a Stipulation Of Dismissal will be filed shortly.

Dated: October 6, 2022

                                               */s/ Benjamin J. Wolf*
                                               Benjamin J. Wolf, Esq.
                                               JONES, WOLF & KAPASI, LLC
                                               One Grand Central Place
                                               60 East 42nd Street, 46th Floor
                                               New York, New York 10165
                                               (646) 459-7900 telephone
                                               (646) 459-7973 facsimile
                                               bwolf@legaljones.com
                                               *Attorney for Plaintiffs*